THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES CONNER GREEN,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>                Defendants. | CASE NO. C24-1140-JCC<br><br>ORDER |

       This matter comes before the Court *sua sponte*. On August 12, 2024, the Court conducted pre-service review of Plaintiff's *in forma pauperis* amended complaint (Dkt. No. 9) pursuant to 28 U.S.C. § 1915. In doing so, the Court found that Plaintiff's allegations were incoherent or, as pleaded, invalid. (*See* Dkt. No. 11 at 2.) The Court ordered Plaintiff to file an amended complaint within 21 days and further indicated that, if the amended complaint could not cure these deficiencies, it would be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim. (*See id.* at 2–3.) Plaintiff's subsequent filings (Dkt. Nos. 12, 13, 14) do not cure the defects identified.

       Accordingly, pursuant to 28 U.S.C. § 1915(e)(2), the amended complaint (Dkt. No. 9) is DISMISSED without prejudice. All pending motions (Dkts. No. 5, 8, 10, 12, 13, 14) are STRICKEN as moot.

//

DATED this 5th day of September 2024.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE